UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| STEPHEN GARCIA, | No. 2:20-cv-169-JAM-EFB PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| OSWALDO LOPEZ, | |
| Defendant. | |

On March 19, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 19, 2020, are ADOPTED;
2. Plaintiff's complaint is dismissed without leave to amend; and
3. The Clerk is directed to close the case.

DATED: May 11, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE